ANDREW MUIR and Another, Respondents, v. WALTER J. PALMATER and Another, Appellants.— Judgment unanimously affirmed, with costs.    No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RUBEL COAL AND ICE CORPORATION, Respondent, v. ADAM SCHUMANN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MARGARET RUST, Respondent, v. MAX S. ROSENFELD and Another, Copartners, etc., and Another, Appellants.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. LEROY H. FORD, Respondent.— Order affirmed, with ten dollars costs and disbursements. In the event that defendant is advised to serve an answer, it should be properly verified. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ISAAC WARTIKOVITZ, Appellant, v. MARCUS S. LEMLICH and Another, Respondents.— Judgment dismissing plaintiff's complaint reversed on the law and the facts, and a new trial granted with costs to appellant to abide the event. The case should have been submitted to the jury upon the question whether, on all the facts presented, the plaintiff was the procuring cause of the sale. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ABRAHAM WILINSKY, Respondent, v. IRVING SCHACHER and Others, Appellants.— Judgment and order reversed on the law and a new trial granted, costs to abide the event. The evidence justified a verdict that the note sued upon was not tainted with usury. It also would have permitted the contrary finding, with a finding at the same time that the plaintiff had no knowledge of the tainted transaction. The charge of the trial justice conveyed to the jury the understanding that there could be a recovery by the plaintiff in the circumstances, even though the note were usurious in its inception. This was error. (*Sabine* v. *Paine*, 223 N. Y. 401.)    Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Application of JOHN JEWSBURY BRADLEY for Admission to the Bar.    (On order of the New York Court of Appeals.) — Application granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of LAWRENCE BELL MORRIS for Admission to the Bar.    (From the State of Kansas.) — Application granted.    Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.